Kathlyn Selleck
Chapter 7 Trustee
PO Box 315396
Tamuning GU 96931
671-689-8380
cetguam@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

(BANKRUPTCY DIVISION)

| | | |
|---|---|---|
| In re ) | Case No. 24-00003 |
| AVELINA SABLAN SALAS and ) | (Chapter 7) |
| ANTONIO TAITANO SALAS, ) | |
| ) | |
| Debtors, ) | Date: August 29, 2024 |
| | Time: 10:00 AM |
| | Judge: Hon. Ramona Manglona |
| ) | |

# EX PARTE MOTION REQUESTING APPEARANCE VIA VIDEO TELECONFERENCE OR ALTERNATIVELY, <u>BY TELEPHONE CONFERENCE</u>

COMES NOW, The Chapter 7 Trustee hereby respectfully request for an order from the Court to allow Kathlyn Selleck, Chapter 7 Trustee to appear via Video teleconference at the Motions Hearing scheduled for August 29, 2024, at 10:00 a.m.  Alternatively, the Chapter 7 Trustee, requests to participate by telephone conference call.  Due to travel requirements, the Chapter 7 Trustee will not be able to appear in person at the hearing.

DATED:  Guam,   July 17, 2024

By: _/s/Kathlyn Selleck_
    Kathlyn Selleck
    Chapter 7 Trustee